UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| JONATHAN RAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RUBY TUESDAY, INC.,<br>STEPHEN I. SADOVE,<br>JAMES F. HYATT, II,<br>F. LANE CARDWELL, JR.,<br>MARK W. ADDICKS,<br>KEVIN T. CLAYTON,<br>DONALD E. HESS,<br>BERNARD LANIGAN, JR.,<br>JEFFREY J. O'NEILL,<br>RTI HOLDING COMPANY, LLC,<br>RTI MERGER SUB, LLC,<br>NRD PARTNERS II, L.P.,<br><br>Defendants. | Case No. 3:17-cv-00494-HSM-CCS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)

Plaintiff Jonathan Raul ("Plaintiff") hereby moves, pursuant to Federal Rule of Civil Procedure 41(a) for an order dismissing without prejudice all claims against defendant NRD Partners II, L.P. in the above-captioned action, each party to bear their own costs. No class has been certified and no monies have been or will be paid to the Plaintiff or Plaintiff's counsel in consideration for this dismissal. The defendants have served neither an Answer nor a Motion for Summary Judgment.

DATED: November 30, 2017                    Respectfully submitted,

**BRAMLETT LAW OFFICES**

s/*Paul Kent Bramlett*
PAUL KENT BRAMLETT #7387
ROBERT PRESTON BRAMLETT #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
Facsimile: 866.816.4116
pk@bramlettlawoffices.com
Robert@BramlettLawOffices.com

OF COUNSEL

**LIFSHITZ & MILLER LLP**
Joshua M. Lifshitz
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376
Email: jml@jlclasslaw.com

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have this date filed the above and foregoing Notice of Voluntary Dismissal on the Court's CM.ECF filing system, which will effectively serve all counsel of record.

So certified this 30th day of November 2017.

                              s/*Paul Kent Bramlett*
                              Paul Kent Bramlett